IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN GANNON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION, TEXAS | § | CIVIL ACTION NO. H-21-3190 |
| TRANSPORTATION COMMISSION, | § | |
| and MARC D. WILLIAMS, | § | |
| in his official capacity as | § | |
| Executive Director of the | § | |
| Texas Transportation | § | |
| Commission, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion to Dismiss Plaintiff's Original Complaint Under Rule 12, this action is **DISMISSED WITHOUT PREJUDICE** as to claims V.A., V.B., and V.C. of Plaintiff's Original Complaint and Plaintiff's requests for declaratory judgment based on state law and **DISMISSED WITH PREJUDICE** as to claims V.D. and V.E., Plaintiff's requests for declaratory judgment based on federal law, and Plaintiff's requests for injunctive relief.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 23rd day of April, 2025.

------------------------------
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE